**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1702**

———————

PALMER RUSSELL FITZGERALD,

Plaintiff - Appellant,

versus

JOHN H. MAJOR, Trading as Major Recording Com-
pany, Incorporated,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Harrisonburg. B. Waugh Crigler, Magistrate
Judge. (CA-96-8-H)

———————

Submitted: October 3, 1996       Decided: October 9, 1996

———————

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Palmer Russell Fitzgerald, Appellant Pro Se. Colin James Steuart
Thomas, Jr., TIMBERLAKE, SMITH, THOMAS & MOSES, P.C., Staunton,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's orders dismissing his civil action for lack of federal jurisdiction and granting sanctions against him.* We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Fitzgerald v. Taylor, No. CA-96-8-H (W.D. Va. May 6 & 31, 1996). We deny the motions to dismiss the appeal and for summary affirmance without briefs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c)(1) (1994).

2